IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
__Columbus__ DIVISION

QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

Darrell Oneal McHenry
GDC#436180

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

**Plaintiff**

VS.

LT. Harris, Sgt. T. Sites, COII Travett
Pat Williams, Darryl Warren
Shay Hatcher

(NAME OF EACH DEFENDANT)

**Defendant(s)**

CIVIL ACTION NO:

4:15CV 22 CDL

## I. GENERAL INFORMATION

1. Your full name and prison number __Darrell Oneal McHenry GDC#436180__
2. Name and location of prison where you are now confined __Jack T. Rutledge State Prison 7175 Manor Rd. Columbus, Georgia, 31907__
3. Sentence you are now serving (how long?) __3 years__
   (a) What were you convicted of? __Aggravated Assault, 3rd Degree Cruelty to Children, Aggravated Battery__
   (b) Name and location of court which imposed sentence __Cobb County Court House__
   (c) When was sentence imposed? __January 6, 2014__
   (d) Did you appeal your sentence and/or conviction?     Yes ☐   No ☒
   (e) What was the result of your appeal? __—__

(f) Approximate date your sentence will be completed ~~April~~ 12/10/2016

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

4. Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action? Yes ☐  No ☒

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit INVOLVING SAME FACTS:

   Plaintiff(s): _____

   Defendant(s): _____

   (b) Name of Court: _____
   (c) Docket Number: _____ When did you file this lawsuit? _____
   (d) Name of judge assigned to case: _____
   (e) Is this case still pending?  Yes ☐  No ☐
   (f) If your answer to (e) is "No", when was it disposed of and what were the results?
   (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

   _____

6. Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?  Yes ☐  No ☒

7. If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____

   (b) Name of Court: _____
   (c) Docket Number: _____ When did you file this lawsuit? _____
   (d) Name of judge assigned to case: _____
   (e) Is this case still pending?  Yes ☐  No ☐

(f)  If your answer to (e) is "No", when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

_____

_____

**8. AS TO ANY LAWSUIT FILED IN ANY FEDERAL COURT** in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?     Yes ☐     No ☒

If your answer is Yes, state the name of the court and docket number as to each case:

_____    _____
_____    _____
_____    _____
_____    _____

### III. PLACE OF INCIDENT COMPLAINED ABOUT

9. Where did the matters you complain about in this lawsuit take place? At Jack T. Rutledge State Prison

  (a) Does this institution have a grievance procedure?   Yes ☒   No ☐

  (b) If your answer to question 9(a) is "Yes", answer the following:

   (1) Did you present your complaint(s) herein to the institution as a grievance?
   Yes ☒   No ☐

   (2) If Yes, what was the result? The grievance was never answered. I turned in a grievance on 7-10-14. No answer was given and I turned in another grievance on 11-10-14. Nothing was done about either grievance. I was given a receipt for the first grievance but not the second.

   (3) If No, explain why not: _____

_____
_____
_____
_____

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.

I talked to Counselors Bates, Robinson, Hust, Fields. Also talked to Deputy Warden Ruthie Shelton. Grieved issue then after 30 days Grieved issue again.

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?   Yes ☐   No ☒

(1) If Yes, to whom did you appeal and what was the result? ____

(2) If No, explain why you did not appeal: Neither grievance was formally seen about. Both was ignored and the issue was ignored.

10. In what other institutions have been confined? Give dates of entry and exit.

Georgia Diagnostics and Classification Prison   1/6/14 – 2/20/2014
Cobb County Jail   3/31/13 – 4/25/13

## IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.

Darrell McHenry GDC#436180
Jack T. Rutledge State Prison
7175 Manor Rd.
Columbus, Ga. 31907

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

LT. Harris   Jack T. Rutledge
Sgt. T. Siter   Jack T. Rutledge
CoI Cert Travett   Jack T. Rutledge
(All said parties denied to give me full names)

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court **WHAT** you contend happened to you, **WHEN** the incident(s) you complain about occurred, **WHERE** the incident(s) took place, **HOW** your constitutional rights were violated, and **WHO** violated them? Describe how _each_ defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

**DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME**; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE **REQUIRES** THAT PLEADINGS BE **SIMPLE**, **CONCISE**, and **DIRECT**! If the court needs additional information from you, you will be notified.

WHERE did the incident you are complaining about occur? That is, at what institution or institutions? Jack T. Rutledge State Prison

WHEN do you allege this incident took place? 7-3-14

WHAT happened? I was assaulted by officers alledging to "restrain" me. LT. Harris at Jack T. Rutledge, Sgt. Siter, and CoII cert Travett visciously slamed me into the ground and beat me with fists and feet. Then grinded my face into the pavement. I was first grabbed by Sgt. Siter then LT Harris came and helped Sgt. Siter slam me to the ground. After I was on ground cert ofc CO # Travett came and punched and kicked me while I was on the ground.

14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

Mike Hudson    Jack T. Rutledge
Clad Tate      Jack T. Rutledge
Both inmates and Counselor Bates, Fields, and Robinson at J.T. Rutledge witnessed the whole incident from start to finish.

15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

For officers LT. Harris, Sgt. Sider, and Co # Cert Travett to be fired and criminal charges of assault to be served to said officers. Also A monetary reward for injury to myself.

16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this  15  day of  February , 20  15 .

_Darrell McHenry_
PLAINTIFF